UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100009637007893 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Misc. No. _____<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Robert Mayo, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook, Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, further described in Section I of Attachment B, pertaining to the subscriber or customer associated with the user ID. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the information described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2016. I am currently assigned to the FBI Washington Field Office ("WFO"). As part of my duties at the WFO, I am assigned to investigate various criminal matters in Washington

D.C. In preparation for this assignment, and as part of my continuing education, I have successfully completed various trainings, to include formal courses and training exercises. I have participated in all aspects of criminal investigations, including arrest operations, swearing out search warrants, conducting physical surveillance, telephone, email, and financial analysis obtained as a result of subpoenas, subject interviews, witness interviews, electronic surveillance, and operations of confidential human sources. I am a Special Agent with the FBI, within the meaning of 18 U.S.C. § 3052, and as such I am an officer of the United States who is authorized to investigate offenses against the United States and to execute warrants issued under the authority of the United States.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of, *inter alia*, 18 U.S.C. § 922(g)(1) have been committed by Allen James, also known as James Allen. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## JURISDICTION

4. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, acts or omissions in furtherance of the offenses under investigation likely occurred within Washington, DC. *See* 18 U.S.C. § 3237. Moreover, the offenses under investigation are the subject of a grand jury investigation in the District of Columbia.

**PROBABLE CAUSE**

5. There is probable cause to believe that a subject named "Allen James" is using various social media accounts, including Facebook, to facilitate the illegal sale of firearms in the District of Columbia. Search warrants issued by this court for the subject's Facebook and Snapchat accounts, and other investigative steps taken by the FBI, have led to the identification of a Facebook account used by the subject (SUBJECT ACCOUNT) that likely contains photographs of guns and discussions of illegal firearm transactions.

6. On or about September 27, 2016, Witness 1 ("W-1"), a U.S. Probation Officer who works in Baltimore, Maryland contacted the FBI regarding an individual W-1 had previously supervised named "Allen James," date of birth August 5, 1988. According to the information provided by W-1, Allen James' address of record at the time of supervision was in Baltimore, MD. W-1 indicated that as of October 2016, Mr. James was no longer under its agency's supervision.

7. W-1 informed the FBI that it had previously supervised Allen James in connection with Mr. James' supervised release following his conviction in D.C. Superior Court for one count of robbery and one count of attempted robbery. Your affiant has confirmed that an individual with Metropolitan Police Department ("MPD") true name Allen James, date of birth August 5, 1988, was convicted of one count of robbery and one count of attempted robbery on August 12, 2009, in D.C. Superior Court Case No. 2009 CF3 008352.[1] Your affiant is aware

---

[1] Your affiant is aware that MPD lists an individual's "true name" as the name he or she gives when first arrested. That true name is then linked to the arrestee's fingerprints and used in reporting future contacts with law enforcement. Mr. James's name is sometimes listed in other databases and records as "James Allen."

that both D.C. Code robbery (D.C. Code § 22-2801) and attempted robbery (D.C. Code § 22-2802) are punishable by a term of incarceration in excess of one year.

8.  W-1 explained that it was aware of a Facebook page that appeared to belong to Allen James, operating under the alias "Made Mane Yusuf." W-1 stated that the "Made Mane Yusuf" page includes multiple photos of its former supervisee Alan James. W-1 stated that in addition to the photographs of Mr. James, the "Made Mane Yusuf" page included photographs of guns, videos of guns, and discussions about the sale of guns.

9.  Your Affiant has reviewed the public portions of the "Made Mane Yusuf" Facebook page as recently as July 24, 2017. The page included numerous photographs of an individual who appears to match known law-enforcement photographs of an individual named Allen James, Date of Birth August 5, 1988. The page also included a video of an individual who appeared to be Mr. James in possession of a gun inside of a residence, which was posted on April 3, 2016, as well as another video ("Vid 1") of what appears to be three guns and the phrase "Back on dat action," which was posted on August 9, 2016.[2] Mr. James posted that one of the guns in Vid 1 was a "Glock 45." Your affiant also observed references to the sale of guns and arrangements to meet for the sale of guns.

10. Your affiant has also attempted to determine where Mr. James resides, as he does not appear to reside at the Baltimore address provided by W-1. To that end, your affiant has obtained vehicle registration information from the state of Virginia, indicating that Mr. James

---

[2] Previous affidavits submitted in connection with other search warrants in this investigation stated that the video was posted on August 10, 2016. On the public-facing portion of Facebook, it appears that the video was posted on August 10 because conversation about it occurred on that date. A review of the Facebook search warrant returns discussed below revealed that the video was actually posted on August 9.

registered a vehicle a specific address in Washington, D.C. on or about January 24, 2017. Additionally, your affiant has viewed a paycheck addressed to the defendant dated September 16, 2016, that lists the same address. A photograph posted to the "Made Mane Yusuf" Facebook page appears to depict the defendant standing in front of the aforementioned specific apartment building located in Washington D.C., on or about May 2016. Moreover, according to open-source reporting, Mr. James registered a utility in his name at the same residence in Washington, D.C., on December 24, 2016. Additionally, a pre-trial services report for the District of Columbia Superior Court dated July 13, 2017, listed this same address for Mr. James.

11. On July 12, 2017, Mr. James was arrested by Washington, D.C. Metropolitan Police (MPD) and charged with the following offenses: Unlawful Possession of a Firearm, Possession of a Large Capacity Ammunition Feeding Device, Carrying a Pistol Without a License (Outside Home or Place of Business), Possession of an Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device, and Possession of Unregistered Ammunition. He was subsequently charged via complaint in Superior Court for the District of Columbia with one count of Unlawful Possession of a Firearm.[3] According to a Gerstein affidavit filed in connection with Mr. James' arrest, he fled after being approached by MPD officers who observed him engaged in suspicious activity. During the pursuit, Mr. James allegedly discarded one Glock 22 pistol, one high-capacity ammunition magazine, and 15 rounds of .40 caliber ammunition. The

---

[3] Superior Court Case No. 2017 CF2 12017. In that case, Mr. James was released on home confinement to an address in Upper Marlboro, MD. The release order noted that he would be permitted to move in with a named individual. Additionally, in May 2017, law-enforcement officers spoke to someone appearing to reside at the residence mentioned in paragraph 10, above. This resident told law enforcement that Mr. James had moved out and in with the aforementioned named individual. Your affiant also believes, based on utility record checks, that individual to live in Washington, D.C.

pistol, magazine, and ammunition are currently in District of Columbia custody, and DNA and fingerprint testing are in process.

12. Your affiant is aware, from his training and experience, as well as discussions with agents and FBI task force officers with experience with firearms investigations that persons who attain and possess firearms typically keep on their person, or in their residence, or vehicle, additional magazines, ammunition, and/or firearms.

13. Moreover, persons involved in the illegal trafficking of firearms keep and maintain records of their various activities. Experience in similar cases has established that such records can be concealed in a suspect's Facebook account. Additionally, persons involved in the illegal trafficking of firearms, due to advancement in technology, may be utilizing computers, other electronic storage media, and/or cellular telephones to store the records listed above.

14. Additionally, persons involved in the illegal trafficking of firearms also utilize social media accounts such as Facebook to facilitate illegal firearms transactions. The electronically stored information on these accounts is of evidentiary value in identifying other members of the illegal firearm trafficking conspiracy and establishing the relationship between these individuals. Additionally, firearm traffickers have been known to post photos of themselves with firearms or proceeds from the sales of illegal substances on such websites as Facebook.

15. Your affiant is aware that it is unlawful for any person "who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year" to, *inter alia*, ship, transport, or possess "any firearm . . . which has been shipped or transported in interstate or foreign commerce." 18 U.S.C. § 922(g)(1). Your affiant is moreover aware that there are no commercial firearms manufacturing facilities located within the District of Columbia

and that Glock has no manufacturing facilities in the District of Columbia, Maryland, or Virginia.

16. On February 15, 2017, your affiant served a search warrant on Facebook Incorporated, related to the SUBJECT ACCOUNT, which corresponds with Facebook username "Made Mane Yusuf."[4] The search warrant revealed that the SUBJECT ACCOUNT is registered to allanj2845@gmail.com (hereafter referred to as "Email 1") and contains numerous photographs of Mr. James. According to U.S. Probation records, as recently as September 27, 2016, Email 1 was listed as an email address for Mr. James. Additionally, on January 11, 2017, in response to a request from another Facebook user for "name, number, email," the user of the SUBJECT ACCOUNT sent, "Allan James 2029103136 allanj2845@gmail.com."

17. On April 6, 2017, your affiant served Google, Incorporated with a search warrant related to Email 1. The search warrant revealed multiple utility-related emails for "Allan James", whose service address was listed as the aforementioned known address of Mr. James. Additionally, an email sent by Email 1 to a known employer of Mr. James, contained a photograph of a Maryland state identification card for Allan Alphonso James, date of birth August 5, 1988.

18. The search warrant return relating to the SUBEJCT ACCOUNT revealed multiple pictures of Mr. James possessing what appears to be various types of firearms, including semi-automatic assault rifles equipped with high-capacity magazines. Additionally, the SUBJECT ACCOUNT contained six videos of what appears to be Mr. James possessing multiple types of firearms, including semi-automatic pistols, and a revolver. Moreover, the SUBJECT

---

[4] No. 1:17-mj-00079, as noted previously.

ACCOUNT also contained no less than four discussions between Mr. James and various Facebook users, which appear to indicate that Mr. James is selling, trading, and attempting to purchase firearms, ammunition, and ammunition magazines, including high-capacity magazines, across state lines.

      19.      On May 16, 2016, the user of the SUBJECT ACCOUNT discussed in messages with multiple Facebook users what appears to be the transport, sale, and trade of a firearm across state lines. Specifically, the SUBJECT ACCOUNT sent a message to Facebook Account 100009269833710 ("Facebook Account 3710"), stating, "Coming back frm Bmore omw to se I got a Mac I'm tryna get two hand joints." On the same date, the SUBJECT ACCOUNT sent a photograph of what appears to be a Military Armament Corporation Model 10 style machine pistol (commonly referred to as "MAC 10" or "Mac") and ammunition, to another Facebook user 100000594924494 ("Facebook Account 4494"), stating, "Give me two hand joints." Based on my training and experience, I know that "joint" is commonly used as a slang term for "gun" in the District of Columbia area.

      20.      On May 25, 2016, Facebook Account 4494 and the SUBJECT ACCOUNT appeared to discuss in a message another possible sale and trade of what appears to be various types of firearms. The user of Facebook Account 4494 stated, "Got a 9 on the market p89 ruger," to which the user of the SUBJECT ACCOUNT replied, "Watt you want." Facebook Account 4494 responded with, "5 for you," to which the user of The SUBJECT ACCOUNT responded with, "Niggas jus paid 400 for a 40 compact with the beam bro . . . I give up my 38 and like 100-150" and then followed up by stating, "I'm tryna get something bigger then that 38 fcuk wit me bro I real live need dat 9." Moreover, in a previous conversation with Facebook

Case 1:17-mj-00540-DAR   Document 1-1   Filed 07/28/17   Page 9 of 15

user 100009712651254, the user of the SUBJECT ACCOUNT attempted to obtain ammunition for what appears to be a .38 caliber weapon, stating, "You around I need done 38 bullets."

21. Facebook Account 4494 and the SUBJECT ACCOUNT discussed what appears to be additional firearm-related transactions in other messages. On October 27, 2016, the user of the SUBJECT ACCOUNT messaged the user of Facebook Account 4494 and stated, "Wats on the market got six rite now," to which the user of Facebook Account 4494 stated, "Folks got compact 1911 but he want 650." the SUBJECT ACCOUNT then responded, "Tell him I got six rite now." On December 26, 2016, the SUBJECT ACCOUNT messaged the user of Facebook Account 4494 stating, "Got some extendos for glock 9 and 40s," referring to what appears to be high-capacity magazines. Additionally, on January 20, 2017, the user of the SUBJECT ACCOUNT appeared to discuss obtaining bullets from the user of Facebook Account 4494, when the user of the SUBJECT ACCOUNT stated, "You got some 40 eggs," to which the user of Facebook Account 4494 responded, "Nope told you I need a re-up going today or tomorrow Walmart in va." Your affiant is aware, based on my training and experience, that "eggs" is often used to refer to ammunition.

22. Based on your affiant's experience, this conversation appears to involve a transaction regarding Facebook Account 7893 attempting to obtain .40 caliber rounds of ammunition, the same type of ammunition to have allegedly been possessed by Mr. James when he was arrested on July 12, 2017.

23. On July 29, 2016, the user of the SUBJECT ACCOUNT posted a photo of an individual who appears to be Mr. James. The photograph depicts this individual with a semi-automatic pistol with an extended magazine in his pants.

9

24.     On August 13, 2016, at approximately 10:00 p.m., the user of the SUBJECT ACCOUNT sent a photograph of Mr. James holding what appears to be two firearms, a semi-automatic handgun with an extended ammunition magazine ("Gun 1"), and an AR-15 style assault rifle, equipped with what appears to be a laser sight ("Gun 2"), to the Facebook user ID 100004130148029 ("Facebook Account 8029"). The user of the SUBJECT ACCOUNT then sent a second photograph ("Photo 2") of just Gun 2 to Facebook Account 8029, and the two users engaged in the following conversation on Facebook's messaging platform:

> SUBJECT ACCOUNT: For Sale
>
> Facebook Account 8029: M16 or ar 15 how much
>
> SUBJECT ACCOUNT: 600
>
> SUBJECT ACCOUNT: Semi yeah who ever come up wit the money it's there

25.     The user of the SUBJECT ACCOUNT also sent Photo 2 to Facebook user ID 100012370002819 ("Facebook Account 2819") on August 13, 2016, and the user of the SUBJECT ACCOUNT and the user of Facebook Account 2819 engaged in the following conversation on Facebook's messaging platform:

> SUBJECT ACCOUNT: Got this for sale cuz
>
> Facebook Account 2819: Ok how much
>
> SUBJECT ACCOUNT: 500 and it hold 25 in the clip
>
> Facebook Account 2819: Ima see whats up fool
>
> SUBJECT ACCOUNT: Ard cuz ppl trna get the 👆up for it I'm charging errybody else 600

26.     On August 10, 2016, three days prior to this discussion, the user of the SUBJECT ACCOUNT discussed what appears to be the sale of Gun 2 in order to obtain another handgun.

Specifically, after observing a picture of a firearm in a message with Facebook user ID 100001288117129 ("Facebook Account 7129"), the user of The SUBJECT ACCOUNT stated, "Hmp cuz Nigga selling something tactical for 400 beem all dat shit I'm about to sell my jawnt for six and get dat."

27.     On January 3, 2017, in a message, the user of the SUBJECT ACCOUNT appeared to offer to sell Facebook Account user 1130916411 ("Facebook Account 6411") high-capacity ammunition magazines, stating, "Aye fool got some glock9 and 40 extendos," to which the user of Facebook Account 6411 responded, "Aite Imma Ask Around I think Niggas Good On Clips If U find some 223 Shells Lemme know."

28.     On February 27, 2016, the user of the SUBJECT ACCOUNT posted a video that displays Mr. James pointing what appears to be a revolver style handgun ("Gun 3") at the camera. On February 28, 2016, the user of the SUBJECT ACCOUNT posted a separate video, which displays Mr. James sitting with what appears to be Gun 3 between his legs.

29.     On April 03, 2016 the user of the SUBJECT ACCOUNT posted two videos of Mr. James displaying what appears to be a semi-automatic handgun ("Gun 4") in his lap. On the same day, after these videos were posted, Facebook user ID 100000238338453 ("Facebook Account 8453") messaged the SUBJECT ACCOUNT the following comment, "Really Allan, that video. . Wow. When are you going to get it. Everybody know you strapped. To you have to broadcast it." The username associated with Facebook Account 8453 corresponds to Mr. James' mother's name and discussions between Facebook Account 8453 and The SUBJECT ACCOUNT show that the latter refers to the former as "ma," leading your affiant to conclude that the user of Facebook Account 8453 is the mother of Mr. James.

30. On August 9, 2016, the user of the SUBJECT ACCOUNT posted Vid 1 on the SUBJECT ACCOUNT. Vid 1 displays three semi-automatic handguns, one of which appears to be Gun 1, referenced above. Under the comments of Vid 1, the following conversation appears between the user of the SUBJECT ACCOUNT and Facebook user ID 699755732 ("Facebook Account 5732"):

>Facebook Account 5732: Tryna sell dat white one ??????
>
>SUBJECT ACCOUNT: Nah you can trade it for something it's a glock 45.

31. On March 17, 2017, your affiant served a search warrant to Snapchat Incorporated, for information associated with Snapchat Account "bigyusuf_nigga." (the "Snapchat warrant").[5] According to information provided by Snapchat, the registered email address associated with "bigyusuf_nigga" is Email 1, and the phone number associated with that account is (202) 910-3136. On July 23, 2016, the user of Facebook Account 7893 posted what appears to be a Snapchat video to Facebook and described the video as "Snaps: bigyusuf_nigga."

32. The Snapchat warrant revealed two videos, timestamped on December 8, 2016 and January 12, 2017 respectively, that contained footage of an individual who appears to be Mr. James possessing multiple handguns, all of which had high capacity extended magazines. Additionally, the warrant revealed the user of "bigyusuf_nigga" posted a third video, timestamped March 10, 2017, which displays footage of what appears to be the user of "bigyusuf_nigga" driving a vehicle, with a semi-automatic pistol at his or her side.[6] According to geolocation data contained within this video, the incident took place in Washington, D.C.

---

[5] No. 1:17-mj-000148

[6] The person's face is not depicted in the video, but your affiant assesses it to be Mr. James.

33. On March 9, 2017, T-Mobile provided the United States with information associated with (202)-910-3136.[7] According to that information, the subscriber was listed as "Mike Smith," and the subscriber address appeared similar to a Baltimore, MD address associated with Mr. James' supervision by W-1.

34. On May 4, 2017, your affiant obtained a second warrant for the SUBJECT ACCOUNT. The return provided by Facebook included a conversation between the SUBJECT ACCOUNT and Facebook Account 7893 in which they discuss attending a gun show on April 22, 2017. Your affiant is aware, from open-source Internet research that an event called "The Nations Gun Show" was taking place in Chantilly, Virginia on that date.

35. Your affiant is aware, based on my training and experience, as well as conversations with other agents, that individuals engaged in the illegal sale of weapons sometimes utilize Facebook, to conduct illegal firearm transactions. Mr. James appears to have utilized a Facebook account and Snapchat account to conduct illegal firearm activity over the past year, and Mr. James has been charged with the illegal possession of a firearm within the District of Columbia as recently as July 12, 2017. Thus, there is probable cause to believe that Mr. James has used and uses the SUBJECT ACCOUNT to facilitate the illegal sale and/or possession of weapons.

---

[7] (202) 910-3036 was registered to Metro PCS, whose records are managed by T-Mobile, until November 28, 2016. According to T-Mobile, on that date the number was ported to Sprint.

Based on the forgoing, I request that the Court issue the proposed search warrant.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

36.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

## CONCLUSION

37.     Based on the forgoing, I request that the Court issue the proposed search warrant.

38.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

39.     Because the warrant will be served on Facebook who will then compile the requested records and information at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

                                                Respectfully submitted,

                                                Robert Mayo
                                                Special Agent, FBI

Subscribed and sworn to before me on _____, 2017

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE